**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

PAMELA P.,

                 Plaintiff,

   v.                                      3:19-CV-575
                                             (DJS)

ANDREW M. SAUL, *Commissioner of Social Security*,

                 Defendant.
_____

**APPEARANCES:**                              **OF COUNSEL:**

LACHMAN & GORTON                  PETER A. GORTON, ESQ.
Attorney for Plaintiff
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

U.S. SOCIAL SECURITY ADMIN.      HUGH DUN RAPPAPORT, ESQ.
OFFICE OF REG'L GEN. COUNSEL
Attorney for Defendant
J.F.K. Federal Building - Room 625
Boston, MA 02203

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

The Complaint in this action was filed May 14, 2019. Dkt. No. 1. The matter was remanded for further proceedings on May 20, 2020. Dkt. Nos. 22-23. Plaintiff has now filed a Motion for Attorneys' Fees under the Equal Access to Justice Act ("EAJA").

Dkt. No. 24.  The Motion seeks that the fee award be paid directly to counsel.  *Id.* Defendant responded that he has no objection to the application.  Dkt. No. 25 at p. 1.

Based on the foregoing, Plaintiff is awarded attorneys' fees under the EAJA (28 U.S.C. § 2412, *et seq*.) in the amount of $5,826.12.  It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.  *See* Dkt. No. 24-1.

**IT IS SO ORDERED**.

Dated: August 13, 2020
　　　　Albany, New York

　　　　　　　　　　　　　　　　　　　　Daniel J. Stewart
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge