# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Pamela Pellett**
    Plaintiff(s)
 vs.                            **CASE NUMBER: 3:19-cv-575 (DJS)**

**Andrew Saul**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff is awarded attorneys' fees under the EAJA (28 U.S.C. § 2412, *et seq*.) in the amount of $5,826.12. It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.

All of the above pursuant to the order of the Honorable Judge Daniel J. Stewart, dated the 13th day of August, 2020.

DATED: August 13, 2020

*[signature]*
Clerk of Court

                           s/Kathy Rogers
                           Kathy Rogers
                           Deputy Clerk